UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ARTHUR STEVENS, #776148,

       Plaintiff,

v.

CASE NO. 2:18-CV-10619
HONORABLE SEAN F. COX

ANNA ANZALONE and the
39TH CIRCUIT COURT,

       Defendants.
_____/

## ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS ON APPEAL

This matter is before the Court on Plaintiff's application to proceed without prepayment of fees or costs on appeal concerning the dismissal of his pro se civil rights complaint under 42 U.S.C. § 1983. In dismissing the case, the Court concluded that an appeal could not be taken in good faith. The Court finds no reason to reconsider that decision. A motion for reconsideration which presents issues already ruled upon, either expressly or by reasonable implication, will not be granted. *Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Plaintiff has not met his burden of showing a palpable defect by which the court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Accordingly, the Court **DENIES** the application. *See* 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

    **IT IS SO ORDERED**.

Dated: July 13, 2018                                                 s/Sean F. Cox
                                                                                 Sean F. Cox
                                                                                  U. S. District Judge

I hereby certify that on July 13, 2018, the foregoing document was served on counsel of record via

electronic means and upon James Arthur Stevens via First Class mail at the address below:

James Arthur Stevens
776146
GUS HARRISON CORRECTIONAL FACILITY
2727 E. BEECHER STREET
ADRIAN, MI 49221

                                                    s/J. McCoy
                                                    Case Manager